UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                CASE NO.  8:12-CR-205-T-17MAP

ANGEL VILLANEUVA, et al.

_____/

ORDER

This cause is before the Court on:

Dkt. 765      Motion in Limine (Jerry W. Green, Jr.)
Dkt. 775      Response

Defendant Jerry W. Green, Jr. moves to exclude: 1) any mention of Defendant
Jerry W. Green, Jr. being a "two-time murder winner"; and 2) any mention of a child in
the vehicle when Defendant Jerry W. Green, Jr. was arrested for felony possession of
marijuana on June 6, 2012.

Defendant Green argues that the above evidence is not relevant to the offenses
charged in  Counts 1, 2, 3, 18 and 19, pursuant to Fed. R. Ev. 401, and if determined to
be relevant, the adverse effect of the evidence substantially outweighs its probative
value, and should be excluded pursuant to Fed. R. Ev. 403.

The Government responds that evidence is relevant, and its probative value is
not substantially outweighed by any unfair prejudice to Defendant Green.  The
Government argues that Defendant Green does not allege unfair prejudice, nor
demonstrate how unfair prejudice would outweigh probative value.

1

Case No. 8:12-CR-205-T-17MAP

Fed. R. Ev. 401 provides:

Evidence is relevant if:

(a) it has any tendency to make a fact more or less probable than it would be without the evidence; and
(b) the fact is of consequence in determining the action.

Fed. R. Ev. 403 provides:

The court may exclude relevant evidence if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence.

The threshold for relevance is low.  The Government has explained the relevance, and Defendant Green has not met his burden of establishing unfair prejudice.  The Court therefore denies the Motion in Limine.  Accordingly, it is

**ORDERED** that the Motion in Limine (Dkt. 765) is denied.

**DONE and ORDERED** in Chambers in Tampa, Florida on this _6th_ day of June, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record