UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                               CASE NO. 8:12-CR-205-T-17MAP

ANGEL VILLANUEVA, et al.,

_____/

ORDER

This cause is before the Court on:

Dkt. 806   Second Motion in Limine (Jerry W. Green, Jr.)
Dkt. 847   Response

Defendant Jerry W. Green, Jr. moves to exclude testimonial and documentary evidence, and reference in opening statements and closings arguments, relating to a witness's claim that "because of all the stress I lost my baby."

Defendant Green argues that the evidence is not relevant under Fed. R. Ev. 401(b), and is not a "fact [that] is of consequence in determining the action." Defendant Green further argues that if such evident were relevant, Fed. R. Ev. 403 would prohibit its admission, as the probative value of the evidence is substantially outweighed by a danger of unfair prejudice.

Fed. R. Ev. 403 provides:

> The court may exclude relevant evidence if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence.

Case No. 8:12-CR-205-T-17MAP

The Government does not oppose Defendant Green's Second Motion in Limine.

After consideration, the Court grants Defendant Green's Second Motion in Limine. Accordingly, it is

**ORDERED** that Defendant Jerry W. Green, Jr.'s Unopposed Second Motion in Limine (Dkt. 806) is granted.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 6th day of June, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record