UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                        CASE NO. 8:12-CR-205-T-17MAP

ANGEL VILLANUEVA, et al.

_____/

ORDER

This cause is before the Court on:

Dkt. 779      Supplemental Motion in Limine (Jerry W. Green, Jr.)

Defendant Jerry W. Green, Jr. moves to exclude any mention of Defendant Green being a "two-time murder winner," and any mention of a child in the vehicle of Defendant Green when Defendant Green was arrested on June 6, 2012, pursuant to Fed. R. Ev. 403, because the probative value of the evidence is substantially outweighed by the danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence.

The lyrics of a rap video include the reference to Defendant Jerry W. Green, Jr. as a "two time murder winner." The Court has denied Defendant Jerry W. Green, Jr.'s Supplemental Motion in Limine to Exclude Rap Videos and Lyrics (Dkt. 481) without prejudice, and will revisit the admissibility of the evidence at trial (Dkt. 888). Defendant Green's Supplemental Motion in Limine (Dkt. 481) also requested exclusion of any evidence or testimony outside the context of rap videos related to Defendant Green's statements of being a "two time murder winner."

The Court previously denied Defendant Jerry W. Green, Jr.'s Motion in Limine (Dkt. 765) to exclude any mention of Defendant Jerry W. Green, Jr. being a "two-time murder winner" and any mention of a child in the vehicle of Defendant Jerry W. Green,

Case No. 8:12-CR-205-T-17MAP

Jr. when Defendant Green was arrested on June 6, 2012 because Defendant Green did not meet his burden of establishing unfair prejudice (Dkt. 861).

The Court's authority to exclude evidence is extraordinary and should be exercised sparingly. U.S. v. Grant, 256 F.3d 1146, 1155 (11th Cir. 2001). The Court will revisit the admissibility of the evidence at trial. After consideration, the Court denies the Supplemental Motion in Limine. Accordingly, it is

**ORDERED** that Defendant Jerry W. Green, Jr.'s Supplemental Motion in Limine (Dkt. 779) is **denied**. The Court will revisit the admissibility of the evidence at trial.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 22 day of June, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record