UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 8:12-CR-205-T-17MAP

JERRY W. GREEN, JR.

_____/

ORDER

This cause is before the Court on:

Dkt. 1457   Pro Se Motion to be permitted to contact co-defendant
            in order to effectively file an appellate review
            without prejudice
Dkt. 1459   Response
Dkt. 1460   Response

Defendant Jerry W. Green, Jr., pro se, has moved the Court for permission to contact co-Defendants "in order to effectively file an appellate review without prejudice."

The Government has filed a Response in opposition, noting three separate reasons why Defendant Green's Motion should be denied.

Defendant Jerry W. Green, Jr. is represented by counsel on appeal. (Dkt. 1321). Defendant Green's counsel has conferred with counsel for co-Defendants and the Government, and filed a Response.

After consideration, the Court denies Defendant Jerry W. Green's Motion without prejudice. Defendant Green may pursue further relief in the Eleventh Circuit Court of Appeals by refiling the Motion in Defendant Green's appeal. Accordingly, it is

Case No. 8:12-CR-205-T-17MAP

**ORDERED** that Defendant Jerry W. Green's pro se Motion to be permitted to contact co-defendant in order to effectively file an appellate review (Dkt. 1457) is **denied without prejudice**. Defendant Green may pursue further relief by refiling the Motion in Defendant Green's pending appeal in the Eleventh Circuit Court of Appeals. The Clerk of Court **shall provide** a copy of this Order to Defendant Green by U.S. Mail.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 21st day of November, 2017.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

Jerry W. Green, Jr.
Reg. No. 60864-018
U.S.P. Lee
P.O. Box 305
Jonesville, VA  24263-0305